# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# JEFFERSON CITY DIVISION

| | | |
|---|---|---|
| GLENN BRODY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 11-4070 |
| | ) | |
| vs. | ) | |
| | ) | |
| LIGHTHOUSE RECOVERY ASSOCIATES, LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GLENN BRODY, my and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 13, 2011    /s/ Adam C. Maxwell
Adam C. Maxwell
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

1

NOTICE OF SETTLEMENT