# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# JEFFERSON CITY DIVISION

| | |
|---|---|
| GLENN BRODY ) | |
| ) | |
| Plaintiff, ) | Case No.: 11-4070 |
| ) | |
| vs. ) | |
| ) | |
| LIGHTHOUSE RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

GLENN BRODY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, LIGHTHOUSE RECOVERY ASSOCIATES, LLC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

DATED: June 27, 2011  /s/ Adam C. Maxwell
Adam C. Maxwell
Krohn & Moss, Ltd.
120 West Madison Street
10th Floor
Chicago, IL 60602
phone: (312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Annette Powell, Attorney for Defendant, by the Court's CM/ECF system.

                                              s/ Adam T. Hill
                                              Adam T. Hill, Esq.
                                              Attorney for Plaintiff

2

Case 4:11-cv-04070-GAF   Document 5   Filed 06/27/11   Page 2 of 2