IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| GLENN BRODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-4070-CV-C-GAF |
| | ) |
| LIGHTHOUSE RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Voluntary Dismissal of the above referenced case. Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 28, 2011